**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1003**

---

In Re: SHEILAWOO, INCORPORATED, d/b/a Daewoo
of Asheville, d/b/a Mountain Daewoo,

Debtor.

---

WILLIAM L. NEEDLER,

Appellant,

versus

UNITED STATES BANKRUPTCY ADMINISTRATOR,

Appellee.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Bryson City. Lacy H. Thornburg,
District Judge. (CA-02-141-2-T)

---

Submitted: June 10, 2003          Decided: July 8, 2003

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William L. Needler, Appellant Pro Se.  John Lawrence Bramlett,
Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William L. Needler appeals the district court's order dismissing his appeal from the bankruptcy court's order and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Needler v. Bankruptcy Administrator</u>, No. CA-02-141-2-T (W.D.N.C. Oct. 28, 2002; filed Nov. 15, 2002 & entered Nov. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>